UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL CAMPBELL,

                              Plaintiff,

              -against-

DELTA AIR LINES INC.,

                              Defendant.

26-CV-716 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The parties were unsuccessful in resolving this matter through mediation on April 16, 2026. Following any unsuccessful mediation, the parties were instructed to "promptly request that an initial pre-trial conference be scheduled." ECF No. 5. They have failed to do so. Accordingly, in a separate order, the Court will refer the parties to the assigned Magistrate Judge for general pretrial management.

The parties may still request to be referred again to the Court's mediation program, or may consent to proceed for all purposes before the assigned Magistrate Judge.

Dated:  May 21, 2026
        White Plains, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge