UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DARYL CAMPBELL,

                              Plaintiff,

          - against -

DELTA AIR LINES, INC., ELIJAH MATHIS AND
ROBERT COHEN,

                         Defendant(s).
-------------------------------------------------------------------X

**AMENDED COMPLAINT**

7:26-cv-00716-JGLC0AEK
Hon. Jessica Clarke

Plaintiff **DARYL CAMPBELL**, by his attorneys, **O'CONNOR & PARTNERS, PLLC** complaining of the Defendants, respectfully alleges as follows, upon information and belief:

1. At all times herein mentioned, Plaintiff **DARYL CAMPBELL** was, and still is, a resident of the County of Dutchess, State of New York.

2. At all times herein mentioned, Defendant **DELTA AIR LINES, INC.**, was, and still is, a foreign business corporation duly organized and existing under the laws of a state other than New York.

3. At all times herein mentioned, Defendant **DELTA AIR LINES, INC.**, was, and still is, a foreign corporation duly authorized to do business within the State of New York.

4. At all times herein mentioned, Defendant **DELTA AIR LINES, INC.**, was, and still is, an unauthorized foreign corporation doing business in the State of New York.

5. At all times herein mentioned, Defendant **DELTA AIR LINES, INC.**, was, and

still is, a business entity authorized to do business in the State of New York.

6. At all times herein mentioned, Defendant **DELTA AIR LINES, INC.**, maintained a principal place of business at 1030 Delta Boulevard, Atlanta, Georgia 30354, and was at all relevant times engaged in the business of commercial air transportation of passengers.

7. At all times herein mentioned, Defendant **DELTA AIR LINES, INC.**, owned, operated, managed, maintained, supervised, and controlled the airline's operations and subject aircraft.

8. At all times herein mentioned, Defendant **DELTA AIR LINES, INC.**, had the responsibility for the control, operation, staffing, training, supervision, and maintenance of the aforesaid aircraft and its employees.

9. At all times herein mentioned, Defendant **ELIJAH MATHIS** was employed by Delta as a flight attendant assigned to Delta Flight 1768.

10. At all times herein mentioned, upon information and belief, Defendant **ELIJAH MATHIS** is an individual residing in the State of Georgia.

11. At all times herein mentioned, upon information and belief, Defendant **ELIJAH MATHIS** was and still is a resident of the State of New York.

12. At all times herein mentioned, upon information and belief, Defendant **ROBERT COHEN** was and still is a resident of the State of New York.

13. At all times herein mentioned, Defendant **ROBERT COHEN** was a ticketed passenger aboard Delta Flight 1768 on May 25, 2025.

14. That on May 25th, 2025, Plaintiff **DARYL CAMPBELL** was a lawful and ticketed

passenger aboard Delta Airlines Flight 1768, traveling from St. Thomas, U.S. Virgin Islands to New York, New York (John F. Kennedy International Airport).

15. That on May 25th, 2025, Plaintiff **DARYL CAMPBELL** was seated in the aisle seat of Row 32 of the aircraft and was complying with all flight rules and crew instructions.

16. That on May 25th, 2025, Defendant **ELIJAH MATHIS** was walking down the aisle from the rear of the aircraft carrying a tray containing scalding hot coffee.

17. That on May 25th, 2025, Defendant **ROBERT COHEN** negligently extended and/or allowed one or both of his feet to protrude into the aisle, thereby creating an unsafe and foreseeable tripping hazard, which caused Defendant **ELIJAH MATHIS** to trip over his foot or feet, while carrying a tray containing scalding hot coffee.

18. As a result of the foregoing, the tray tipped and burning hot coffee spilled directly onto the plaintiff's back and shoulders, causing immediate pain and injury.

19. The coffee was excessively hot and caused plaintiff to suffer burns, pain and physical and emotional harm.

20. That the injuries sustained by Plaintiff **DARYL CAMPBELL** were caused by the negligence, carelessness, and recklessness of the Defendant **DELTA AIR LINES, INC.**, their agents, servants, employees, including but not limited to, negligently serving and transporting scalding hot beverages in a manner that created an unreasonable and foreseeable risk of harm to passengers, in failing to ensure the aisle was clear and safe for beverage service, in failing to properly control and

secure a tray of scalding liquids, and in failing to protect seated passengers from foreseeable hazards associated with hot beverage service.

21. That at all times herein, Defendant **ELIJAH MATHIS** was acting within the course and scope of his employment, and the defendant **DELTA AIR LINES, INC.**, is therefore vicariously liable.

22. That at all times herein, Defendant **ROBERT COHEN** negligently placed and/or left his foot or feet in the aisle, thereby creating an unreasonable and foreseeable tripping hazard for flight crew members performing their duties.

23. As a result of the Defendants' negligence, the Plaintiff **DARYL CAMPBELL** was caused to sustain severe personal injuries and consequential damages.

24. That this action falls within one or more of the exceptions set forth in C.P.L.R. §1602.

25. As a result of the above, Plaintiff **DARYL CAMPBELL** has been damaged in a sum which exceeds the jurisdictional limits of all lower Courts.

26. That by reason of the foregoing, Plaintiff **DARYL CAMPBELL** has sustained damages, both general and special, in an amount that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff **DARYL CAMPBELL** demands judgment against the Defendants **DELTA AIRLINES, INC.**, **ELIJAH MATHIS** and **ROBERT COHEN** together with the costs and disbursements of this action.

Dated:      Kingston, New York
            July 6, 2026

Yours, etc.

JOSEPH E. O'CONNOR, ESQ.
O'CONNOR & PARTNERS, PLLC
Attorneys for Plaintiff
255 Wall Street
Kingston, New York 12401
Phone: (845) 303-8777